An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

EVERETTE JADE JIM,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 62013

FILED

MAY 1 4 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER OF AFFIRMANCE

This is an appeal from a district court order revoking appellant Everette Jade Jim's probation and imposing the original sentence. Sixth Judicial District Court, Humboldt County; Michael Montero, Judge.

Jim contends that the district court abused its discretion by revoking his probation less than 24 hours after he was sentenced. We review the district court's decision to revoke probation for abuse of discretion. *Lewis v. State*, 90 Nev. 436, 438, 529 P.2d 796, 797 (1974). During the revocation hearing, Jim admitted that he violated three conditions of his probation on the day that he was sentenced. Based on these admissions, we conclude that the district court could reasonably find that Jim's conduct was not as good as required by the conditions of his probation and therefore it did not abuse its discretion by revoking his

SUPREME COURT
OF
NEVADA

(O) 1947A

13-14268

probation. *See id.* Accordingly, we

ORDER the judgment of the district court AFFIRMED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

cc: Hon. Michael Montero, District Judge
   Humboldt County Public Defender
   Attorney General/Carson City
   Humboldt County District Attorney
   Humboldt County Clerk